IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30052-SMY |
| | ) | |
| | ) | |
| MICHAEL KING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING APPLICATION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the

United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad

Prosequendum for the production of MICHAEL KING, in the United States District Court at

East St. Louis, Illinois, on the 23rd day of March, 2017, at the hour of 10:00 a.m.

IT IS SO ORDERED.

DATED this  22nd  day of March, 2017.


s/*Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge